## PARKS v. BOARD OF COM'RS OF WYANDOTTE COUNTY, KAN.

### (Circuit Court of Appeals, Eighth Circuit. September 30, 1895.)

### No. 571.

In Error to the Circuit Court of the United States for the District of Kansas.

Winfield Freeman, for plaintiff in error.

Henry McGrew, George B. Watson, and A. E. Watson, for defendant in error.

Dismissed, with costs, pursuant to the twenty-third rule (11 C. C. A. cix., 47 Fed. x.), for failure to print record, on motion of counsel for defendant in error.

---

## RUST et al. v. FARMERS' LOAN & TRUST CO. et al.

### (Circuit Court of Appeals, Eighth Circuit. January 6, 1896.)

### No. 717.

Appeal from the Circuit Court of the United States for the District of Nebraska.

Charles Offutt, for appellants.

John L. Webster, for appellee American Water Works Co. of Illinois.

Dismissed, without costs to appellee, on motion of appellants.

---

## SACHS et al. v. HUNDLEY.

### (Circuit Court of Appeals, Eighth Circuit. January 23, 1896.)

### No. 750.

In Error to the Circuit Court of the United States for the District of Colorado.

No opinion. Docketed and dismissed, with costs, pursuant to the sixteenth rule (11 C. C. A. cvi., 47 Fed. viii.) on motion of counsel for defendant in error.

---

## TAYLOR v. TOLER et al.

### (Circuit Court of Appeals, Sixth Circuit. May 16, 1895.)

### No. 310.

Appeal from the Circuit Court of the United States for the Eastern District of Tennessee.

Lawrence Maxwell, Jr., E. W. Kittredge, and Smith & Dickinson, for appellant.

Henry Crawford, William R. Crawford, Butler, Stillman & Hubbard, and Edward Colston, for appellees.

Dismissed by stipulation, each party paying his own costs.